IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JEROME MERAZ
ADC #113295                                                                PLAINTIFF

v.                          No. 4:25-cv-738-DPM

SCOTT JACKSON, Judge, Carroll County
Circuit Court;  SARA HUCKABEE,
Governor, Arkansas State Capitol;
DEXTER PAYNE, Director, ADC;  and
MICHELLE GREY, Warden, Delta
Regional                                                                    DEFENDANTS

ORDER

The Court has reviewed Meraz's § 1983 complaint. It reads like a § 2254 *habeas* petition. He's challenging the legality of his criminal conviction and is seeking release. That relief isn't available to him under § 1983.

The Court gives Meraz the opportunity to clarify the nature of this action. *E.g., Spencer v. Haynes*, 774 F.3d 467, 471 (8th Cir. 2014). He must file a notice stating whether he intended to file a *habeas* petition. If he did, the Court will direct the Clerk to convert the case. But fair warning: If this case is converted to a *habeas* petition, and if the Court ultimately denies relief on the merits, any later § 2254 petition will be

-2-

subject to the statute's restrictions on successive petitions. *Shaw v. Delo*, 971 F.2d 181, 184 (8th Cir. 1992).

Meraz must file his notice no later than 22 September 2025. If he fails to do so, the Court will dismiss his case pursuant to LOCAL RULE 5.5(c)(2).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2025