IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEROME MERAZ**  
ADC #113295  
                                                                                          **PLAINTIFF**

v.                                    No. 4:25-cv-738-DPM

SCOTT JACKSON, Judge, Carroll County
Circuit Court;   SARA HUCKABEE,
Governor, Arkansas State Capitol;
DEXTER PAYNE, Director, ADC;   and
MICHELLE GREY, Warden, Delta
Regional                                                                    **DEFENDANTS**

ORDER

Meraz challenges the validity of his plea and asks that his sentence be reduced, reversed, or amended. *Doc. 2 at 5; Doc. 6.* The Court therefore directs the Clerk to reclassify this case as a 530 *habeas* case and refer it to the appropriate Magistrate Judge for further proceedings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 September 2025