IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEROME MERAZ**  **PLAINTIFF**
ADC #113295

v.  No. 4:25-cv-738-DPM

**SCOTT JACKSON, Judge, Carroll County
Circuit Court;   SARA HUCKABEE, Governor,
Arkansas State Capitol;   DEXTER PAYNE,
Director, ADC;   and MICHELLE GREY,
Warden, Delta Regional**  **DEFENDANTS**

**ORDER**

On *de novo* review, the Court adopts the Magistrate Judge Ervin's recommendation, *Doc. 18*, and overrules Meraz's objections, *Doc. 19*. Fed. R. Civ. P. 72(b)(3).   Meraz's allegations of actual innocence aren't enough to overcome his procedural default or entitle him to a hearing. *Weeks v. Bowersox*, 119 F.3d 1342, 1351–55 (8th Cir. 1997) (*en banc*).

Claims one and two of the § 2254 petition will be dismissed with prejudice as procedurally defaulted.   Claim three will be dismissed without prejudice for lack of subject matter jurisdiction.   The Court denies a certificate of appealability.   28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>12 January 2026</u>