# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEROME MERAZ**  **PLAINTIFF**
**ADC #113295**

v.  No. 4:25-cv-738-DPM

**SCOTT JACKSON, Judge, Carroll County
Circuit Court;   SARA HUCKABEE, Governor,
Arkansas State Capitol;   DEXTER PAYNE,
Director, ADC;   and MICHELLE GREY,
Warden, Delta Regional**  **DEFENDANTS**

## JUDGMENT

Claims one and two of Meraz's § 2254 petition, *Doc. 2*, are dismissed with prejudice.   Claim three is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026